

# Fourth Court of Appeals
## San Antonio, Texas

April 08, 2013

No. 04-11-00405-CR

Lionel **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2004CR1992
Honorable Ron Rangel, Judge Presiding

## O R D E R

  In an opinion delivered on February 27, 2013, the Texas Court of Criminal Appeals reversed our judgment in this appeal, and remanded the case to this court with instructions to conduct the *Barker*[1] balancing test under the correct standard for determining prejudice, i.e., to review the record "not for proof of prejudice but rather the rebuttal or extenuation of prejudice." *Gonzales v. State*, No. PD-0724-12, 2013 WL 765575, at *1 (Tex. Crim. App. Feb. 27, 2013) (not designated for publication) (citing *Doggett v. United States*, 505 U.S. 647, 658 (1992)). The mandate was issued on March 25, 2013. Accordingly, the parties may file amended briefs addressing the issue of prejudice. The appellant's amended brief, if any, is due **within thirty days** from the date of this order. The State's amended brief will be due thirty days after the appellant's amended brief is filed in this court. If either party chooses not to file an amended brief, the party is ORDERED to promptly notify the court of such fact.

_____
Rebeca C. Martinez, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] *Barker v. Wingo*, 407 U.S. 514, 530-31 (1972).